**Order filed August 6, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00690-CV
_____

### KEEBLE LOVALL & LIZ YOUNG, Appellant

### V.

### U.S. BANK NATIONAL ASSOCIATION, SOLEY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Appellee

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-061841**

## O R D E R

Appellant's brief was due July 17, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 16, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM